NUMBER 13-07-340-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


311 MOCKINGBIRD, INC., D/B/A BARNEY'S 

BILLIARD SALOON NO. 11, Appellant,


v.



TEXAS ALCOHOLIC BEVERAGE COMMISSION, Appellee.

___________________________________________________________________


On appeal from the 24th District Court


of Victoria County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, 311 MOCKINGBIRD, INC., D/B/A BARNEY'S BILLIARD SALOON NO.
11, perfected an appeal from a judgment entered by the 24th District Court of Victoria
County, Texas, in cause number 07-5-65,755-A. After the record was filed, appellant
filed a motion to dismiss the appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.


 PER CURIAM

Memorandum Opinion delivered and filed this

the 20th day of September, 2007.